UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| In re: Countrywide Financial Corp. Customer Data Security Breach Litigation | ) ) ) | |
| ------------------------------------------------------------ | ) ) | Appeal No. 10-6194 |
| Cody M. Dragon; Laila Elkhettab; Jay B. Gaumer; Scott Gregg; Matthew B. Martin; Harold L. Mooney; Edmund Moses: Thomas A. Munz; Michael J. Rich; Kim Wickman, individually and on behalf of the Settlement Class, | ) ) ) ) ) ) | |
| Plaintiffs-Appellees, | ) ) | |
| Winfield A. Scott; Barbara A. Scott; Myra E. Simmons-Homer; John M. Calder; and Peggy A. Calder, | ) ) ) ) | |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) | |
| Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Bank FSB; Full Spectrum Lending Division; and Bank of America Corporation, | ) ) ) ) ) | |
| Defendants-Appellees. | ) ) | |

## MOTION TO DISMISS APPEAL

NOW COME Plaintiffs-Appellants, Winfield A. Scott, Barbara A. Scott, Myra E. Simmons-Homer, John M. Calder, and Peggy A. Calder (collectively, the "Scott Appellants"), by and through counsel, and respectfully request that this Honorable Court dismiss their appeal with prejudice pursuant to Fed. R. App. P. 42(b), with each party to bear its own costs.

Dated: November 30, 2010

Respectfully submitted,

 /s/ R. Stephen Burke

R. Stephen Burke
Dressman Benzinger LaVelle
207 Thomas More Parkway
Crestview, Kentucky 41017
Telephone: (859) 341-1881
Facsimile: (859) 341-1469
*Counsel for the Scott Appellants*

## Certificate of Service

I, R. Stephen Burke, certify that on December 1, 2010, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ R. Stephen Burke

R. Stephen Burke
Dressman Benzinger LaVelle
207 Thomas More Parkway
Crestview, Kentucky 41017
Telephone: (859) 341-1881
Facsimile: (859) 341-1469
*Counsel for the Scott Appellants*